STATE OF NEW JERSEY v. STEVEN MATTHEWS.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOAQUIN GARCIA.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDNA NICIOLODI.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD LEE.

July 13, 1983.

Petition for certification granted.

LARRY JACKSON v. WELDON ROBERTS RUBBER CO.

July 13, 1983.

Petition for certification denied.